NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL SCHEFFLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3130

---

Petition for review of the Merit Systems Protection Board in No. AT0752101075-I-2.

---

**JUDGMENT**

---

JOHN MICHAEL BROWN, Attorney at Law, Augusta, Georgia, argued for petitioner.

ELIZABETH M. HOSFORD, Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD M. HUGHES, Deputy Director, and STACEY K. GRIGSBY, Trial Attorney. Of counsel on the brief was

JACQUELINE LEPAN EDGERTON, Labor Counselor, Office of the Staff Judge Advocate, Department of the Army, of Fort Gordon, Georgia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  July 17, 2013  | /s/  Daniel  E.  O'Toole |
|:---:|:---:|
| Date | Daniel  E.  O'Toole |
|  | Clerk |